1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
OCT 21 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| 11 UNITED STATES OF AMERICA, | CASE NO. 1:12-CV-01207-AWI-GSA |
|---|---|
| 12                Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| 13        v. | |
| 14 APPROXIMATELY $10,200.00 IN U.S. CURRENCY, | |
| 15                Defendant. | |

16

17     Pursuant to the Stipulation for Final Judgment of Forfeiture filed herewith, the Court
18 finds:

19     1. This is a civil forfeiture action against Approximately $10,200.00 in U.S. Currency
20 (hereafter "defendant currency").

21     2. A Verified Complaint for Forfeiture In Rem was filed on July 24, 2012, alleging that
22 said defendant currency is subject to forfeiture to the United States of America pursuant to 21
23 U.S.C. §881(a)(6).

24     3. On August 7, 2012, the Clerk of the Court issued a Warrant for Arrest for the
25 defendant currency. The warrant for the defendant currency was duly executed on August 10,
26 2012.

27     4. Beginning on August 9, 2012, for at least 30 consecutive days, the United States
28 published notice of this action on the official government forfeiture site www.forfeiture.gov. A

Final Judgment of Forfeiture                    1

1 | Declaration of Publication was filed with the Court on June 25, 2013.

2 |     5. In addition to public notice on the official internet government forfeiture site
3 | www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:
4 |        a. Raul Mejia
5 |        b. Manuel Gomez
6 |     6. On September 28, 2012, Raul Mejia filed a Verified Claim to the defendant currency. On the same date, Raul Mejia filed his Answer to the Verified Complaint for Forfeiture *In Rem*.

    7. Claimant Raul Mejia states that he is the sole owner of the defendant currency and has authority to enter into this agreement.

    8. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

    Based on the above findings, and the files and records of the Court, it is hereby

    ORDERED AND ADJUDGED:

    1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2. That judgment is hereby entered against Claimant Raul Mejia and all other potential claimants who have not filed claims in this action.

    3. Upon entry of a Final Judgment of Forfeiture herein $8,700.00 in U.S. Currency of the defendant currency, together with any interest that may have accrued on the full amount of the defendant currency, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    4. Within 60 days from the full execution of the Stipulation, $1,500.00 of the defendant currency, shall be returned to Claimant vial his counsel of record, Mr. Roger Bonakder, at 2344 Tulare Street, Suite 301, Fresno, CA 93721.

    5. That plaintiff United States of America and its servants, agents, and employees, and all other Public entities, their servants, agents, and employees, are released from any and all liability, arising out of or in any way connected with the seizure, arrest, or forfeiture of the

Final Judgment of Forfeiture         2

1 defendant currency. This is a full and final release applying to all unknown and
2 unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well
3 as to those now known or disclosed. The parties waived the provisions of California Civil Code
4 § 1542.

5     6. That pursuant to the stipulation of the parties, and the allegations set forth in the
6 Complaint filed on or about July 24, 2012, the Court finds that there was reasonable cause for
7 the seizure and arrest of the defendant currency, and for the commencement and prosecution
8 of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
9 shall be entered accordingly.

10     7. Pursuant to the Stipulation for Final Judgment of Forfeiture entered into between
11 the parties, no party "substantially prevailed" within the meaning of 28 U.S.C. § 2465. All
12 parties shall bear their own costs and attorney's fees.

13     8. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of
14 Forfeiture.

SO ORDERED THIS __21st__ day of __October__, 2013

ANTHONY W. ISHII
Senior United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture In Rem filed July 24, 2012, and the Stipulation for Final Judgment of Forfeiture filed herewith, this Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture.

Dated: __10-21-13__

ANTHONY W. ISHII
Senior United States District Judge

Final Judgment of Forfeiture     3