BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $10,200.00 IN U.S. CURRENCY,<br><br>       Defendant. | CASE NO. 1:12-CV-01207-AWI-GSA<br><br>FINAL JUDGMENT OF FORFEITURE |

   Pursuant to the Stipulation for Final Judgment of Forfeiture filed herewith, the Court finds:

   1. This is a civil forfeiture action against Approximately $10,200.00 in U.S. Currency (hereafter "defendant currency").

   2. A Verified Complaint for Forfeiture In Rem was filed on July 24, 2012, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. §881(a)(6).

   3. On August 7, 2012, the Clerk of the Court issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on August 10, 2012.

   4. Beginning on August 9, 2012, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A

Final Judgment of Forfeiture        1

1  Declaration of Publication was filed with the Court on June 25, 2013.

2    5. In addition to public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Raul Mejia

    b. Manuel Gomez

6. On September 28, 2012, Raul Mejia filed a Verified Claim to the defendant currency. On the same date, Raul Mejia filed his Answer to the Verified Complaint for Forfeiture *In Rem*.

7. Claimant Raul Mejia states that he is the sole owner of the defendant currency and has authority to enter into this agreement.

8. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Claimant Raul Mejia and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture herein $8,700.00 in U.S. Currency of the defendant currency, together with any interest that may have accrued on the full amount of the defendant currency, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Within 60 days from the full execution of the Stipulation, $1,500.00 of the defendant currency, shall be returned to Claimant vial his counsel of record, Mr. Roger Bonakder, at 2344 Tulare Street, Suite 301, Fresno, CA 93721.

5. That plaintiff United States of America and its servants, agents, and employees, and all other Public entities, their servants, agents, and employees, are released from any and all liability, arising out of or in any way connected with the seizure, arrest, or forfeiture of the

Final Judgment of Forfeiture     2

1  defendant currency. This is a full and final release applying to all unknown and
2  unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well
3  as to those now known or disclosed. The parties waived the provisions of California Civil Code
4  § 1542.

5      6. That pursuant to the stipulation of the parties, and the allegations set forth in the
6  Complaint filed on or about July 24, 2012, the Court finds that there was reasonable cause for
7  the seizure and arrest of the defendant currency, and for the commencement and prosecution
8  of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
9  shall be entered accordingly.

10      7. Pursuant to the Stipulation for Final Judgment of Forfeiture entered into between
11  the parties, no party "substantially prevailed" within the meaning of 28 U.S.C. § 2465. All
12  parties shall bear their own costs and attorney's fees.

13      8. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of
14  Forfeiture.

15      SO ORDERED THIS __21st__ day of __October__, 2013

17  ANTHONY W. ISHII
   Senior United States District Judge

19  **CERTIFICATE OF REASONABLE CAUSE**

20  Based upon the allegations set forth in the Complaint for Forfeiture In Rem filed July
21  24, 2012, and the Stipulation for Final Judgment of Forfeiture filed herewith, this Court
22  enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was
23  reasonable cause for the seizure or arrest of the defendant funds, and for the commencement
24  and prosecution of this forfeiture.

27  Dated: __10-21-13__
28  ANTHONY W. ISHII
   Senior United States District Judge

Final Judgment of Forfeiture     3